JAMES L. LOMBARD, Appellee, v. CARRIE GREGORY *et al.*, Appellants.

Appeal: CAUSE REMANDED FOR DECREE: JURISDICTION. Where a cause appealed to the supreme court is remanded to the trial court for a decree in accordance with the opinion of that court, the trial court has no jurisdiction to entertain a motion to correct a computation of the amount due made by the supreme court.

*Appeal from Montgomery District Court.*—HON. A. B. THORNELL, Judge.

MONDAY, MAY 22, 1893.

THIS is an appeal from an order of the district court overruling a motion to correct a computation made by this court in the trial of an appeal from a decree foreclosing a mortgage upon real estate. The defendants filed the motion, and they appeal.— *Affirmed.*

*Carrie Gregory* and *H. R. Gregory*, for themselves.

*D. H. Ettien*, for appellee.

ROTHROCK, J.—The original action was in equity for the foreclosure of a mortgage. The defense was that the note and mortgage were tainted with usury. The defendants failed to satisfy the district court that the contract was usurious, and appealed to this court. The cause was tried anew in this court, and it was found that the defense of usury was established by the evidence. A computation was made of the amount due, after taking into account the usury and certain payments which had been made upon the debt. The amount for which the decree of foreclosure should be entered was found to be five hundred and fifty-six

dollars and nine cents, and the cause was remanded to the district court for a decree in accord with the opinion of this court.   Thereupon the defendants filed, a motion to correct the computation made by this court, claiming that the payments amounted to more than the estimate made thereof by this court.   It is only necessary to refer to the opinion on the former appeal to show that the present appeal can not be entertained.   It is expressly found that the balance due the plaintiff was five hundred and fifty-six dollars and nine cents, and that he was entitled to judgment and decree for that amount.   See *Lombard v. Gregory*, 81 Iowa, 569.   The district court had no jurisdiction to determine the correctness of the decision of this court.   It could do no more than enter a decree in accord with the opinion of this court.   The ruling of the district court on the motion is AFFIRMED.